


PAE AO 241
(Rev. 07/10)

Page 4

**13    5848**

# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Eastern District of Pennsylvania |
|---|---|
| Name (under which you were convicted): Saleem Bey | Docket or Case No.: CP-51-CR-1209051-2001 and 1206691-2001 |
| Place of Confinement: SCI -- Greene | Prisoner No.: GL -- 7004 |
| Petitioner (Include the name under which you you were convicted): Saleem Bey | Respondent (Name of Warden, Superintendent, Jailor, or authorized person having custody of petitioner): Louis Folino |



FILED
OCT - 4 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

V.

and

The District Attorney of the County of: Philadelphia

and

The Attorney General of the State of: PA

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   CCP -- Philadelphia

   (b) Criminal docket or case number (if you know): 1209051 & 1206691 of 2001

2. (a) Date of judgment of conviction (if you know): Convicted 12/15/2005

   (b) Date of sentencing: 5/31/2006

3. Length of sentence: Life

4. In this case, were you convicted on more than one count or of more than one crime?    ☒ Yes    ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: murder 1, attempted murder & PIC

PAE AO 241 (Rev. 07/10)

Page 5

6. (a) What was your plea? (Check one)
   - [xx] (1) Not Guilty
   - [ ] (2) Guilty
   - [ ] (3) Nolo contendere (no contest)
   - [ ] (4) Insanity plea

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

   (c) If you went to trial, what kind of trial did you have? (Check one)
   - [xx] Jury
   - [ ] Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
   - [ ] Yes
   - [xx] No

8. Did you appeal from the judgment of conviction?
   - [xx] Yes
   - [ ] No

9. If you did appeal, answer the following:
   (a) Name of court: __Pa Superior Ct__
   (b) Docket or case number (if you know): __1864 EDA 2006__
   (c) Result: __affirmed__
   (d) Date of result (if you know): __5/12/2008__
   (e) Citation to the case (if you know): __none__
   (f) Grounds raised: __Batson, instructional claims and ineffective assit of counsel__

PAE AO 241
(Rev. 07/10)

Page 6

(g) Did you seek further review by a higher state court?   ☒ Yes   ☐ No
If yes, answer the following:
(1) Name of court: __Pa Suprem,e Court__
(2) Docket or case number (if you know): __298 EAL 2008__
(3) Result: __Denied__
(4) Date of result (if you know): __11/20/2008__
(5) Citation to the case (if you know): __none__
(6) Grounds raised: __same__

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☒ No
If yes, answer the following:
(1) Docket or case number (if you know): _____
(2) Result: _____
(3) Date of result (if you know): _____
(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☒ Yes   ☐ No

11. If your answer to Question 10 was "Yes," give the following information:
(a) (1) Name of court: __CCP--Pjhiladelphia__
(2) Docket or case number (if you know): __Same__
(3) Date of filing (if you know): __10/13/2009__
(4) Nature of the proceeding: __PCRA__
(5) Grounds raised: __Instrcutional issues, ineffective asst of counsel__

      (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

          ☐ Yes        xxx No

      (7) Result: __Denied__

      (8) Date of result (if you know): 3/11/2011

(b) If you filed any second petition, application, or motion, give the same information:

      (1) Name of court: _____

      (2) Docket or case number (if you know): _____

      (3) Date of filing (if you know): _____

      (4) Nature of the proceeding: _____

      (5) Grounds raised: _____

      (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

          ☐ Yes        ☐ No

      (7) Result: _____

      (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

      (1) Name of court: _____

      (2) Docket or case number (if you know): _____

      (3) Date of filing (if you know): _____

      (4) Nature of the proceeding: _____

      (5) Grounds raised: _____

PAE AO 241  
(Rev. 07/10)

_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion:

(1) First petition:     ☐ Yes    ☐ No
(2) Second petition:   ☐ Yes    ☐ No
(3) Third petition:    ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____
_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** ___This is a counseled petition filed by an___

___an attorney.  Each ground is contained in the___
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

___accompanying petition._____
_____
_____
_____
_____
_____

PAE AO 241  
(Rev. 07/10)

Page 9

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        ☐ Yes      ☐ No

    (2) If you did not raise this issue in your direct appeal, explain why? _____

_____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☐ Yes      ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        ☐ Yes      ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

PAE AO 241
(Rev. 07/10)

Page 10

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

_____

**GROUND TWO:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

☐ Yes         ☐ No

(2) If you did not raise this issue in your direct appeal, explain why? _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

PAE AO 241
(Rev. 07/10)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Three:**
    (1) If you appealed from the judgment of conviction, did you raise this issue?
        ☐ Yes      ☐ No
    (2) If you did not raise this issue in your direct appeal, explain why? _____

_____

_____

(d) **Post-Conviction Proceedings:**
    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
        ☐ Yes      ☐ No
    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

PAE AO 241  
(Rev. 07/10)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

PAE AO 241                                                                                                                      Page 14
(Rev. 07/10)

_____
_____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____
_____
_____
_____
_____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        ☐  Yes        ☐  No

    (2) If you did not raise this issue in your direct appeal, explain why? _____
_____
_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☐  Yes        ☐  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____

(3) Did you receive a hearing on your motion or petition?    ☐  Yes    ☐  No

(4) Did you appeal from the denial of your motion or petition?    ☐  Yes    ☐  No

PAE AO 241 (Rev. 07/10)

Page 15

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes ☒ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: Some grounds were not presented owing to the ineffective assistance of inital post-conviction counsel

PAE AO 241 (Rev. 07/10)

Page 16

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☐ Yes  ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  ☐ Yes  ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised: _____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: **Brian McMonagle**

(b) At arraignment and plea: _____

PAE AO 241 (Rev. 07/10)

Page 17

    (c)    At trial: Jack McMahon

    (d)    At sentencing: Norris GElman

    (e)    On appeal: Norris Gelman

    (f)    In any post-conviction proceeding: Norris Gelman

    (g)    On appeal from any ruling against you in a post-conviction proceeding: Norris Gelman

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☐ Yes ☒ No

    (a)    If so, give the name and location of the court that imposed the other sentence you will serve in the future:

    (b)    Give the date the other sentence was imposed:

    (c)    Give the length of the other sentence:

    (d)    Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☐ Yes ☐ No

18. **TIMELINESS OF PETITION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition*
    SOL tolled by properly filed PCRA petition

PAE AO 241                                                        Page 18
(Rev. 07/10)

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State Court. The limitation period shall run from the latest of -

         (A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

         (B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

         (C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

         (D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.


Therefore, petitioner asks that the Court grant the following relief: **Grant the Writ**

or any other relief to which petitioner may be entitled.

*/s/ Michael Wiseman*
Signature of Attorney (if any)
Michael Wiseman

PAE AO 241 (Rev. 07/10)

Page 19

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____.
(month, date, year)

Executed (signed) on _____ (date).

_____
~~Signature of Petitioner~~

Michael Wiseman, Counsel

If the person signing is not the petitioner, state the relationship to petitioner and explain why petitioner is not signing this petition. _____ Counsel _____